**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |  |
|---|---|---|
| In Re: | ) ) | CHAPTER 7 |
| WILLIAM M. ANDERSON, | ) ) | CASE NO. 15-30458 (JAM) |
| Debtor. | ) ) ) |  |

**MOTION FOR RULE 2004**
**EXAMINATION OF MARK CONTI**

The Cadle Company ("Cadle") respectfully represents:

1. Cadle is a creditor in this case based upon; (a) a deficiency judgment obtained by Cadle against William M. Anderson ("Anderson") in the total amount of $4,424,347.99 in a Connecticut Superior Court case styled The Cadle Company v. William Anderson Docket Number UWY-CV-13-6018745-S; and (b) a pending lawsuit in Connecticut Superior Court.

2. Cadle proposes to examine Mark Conti under oath at the offices of Cadle's counsel, Kroll, McNamara, Evans & Delehanty, LLP, 65 Memorial Road, Suite 300, West Hartford, Connecticut, or at a location within 100 miles of the deponent.

3. The scope of such examination would include, but is not limited to, the following:

    (a)  Debtors' assets and liabilities;

    (b)  Debtors' financial condition;

    (c)  Debtors' income and expenses;

   (d) Debtor's schedules and statements; and/or

   (e) Any matter which may affect the administration of the Debtor's estate.

 4. Cadle further intends to compel Mark Conti to attend the examination by subpoena and produce documents prior to the examination pursuant to Fed. R. Bankr. P. 9016 and 2004(c).

 WHEREFORE, Cadle moves that the Court order the examination of Mark Conti as set forth above.

 Dated: February 10, 2016

           MOVANT, THE CADLE COMPANY

           By: /s/ C. Donald Neville
             C. Donald Neville, Esq.
             Federal Bar No CT24001
             KROLL, McNAMARA, EVANS
             & DELEHANTY, LLP
             65 Memorial Road, Suite 300
             West Hartford, CT 06107
             Phone: (860) 561-7070
             Fax: (860) 561-7075

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |  |
|---|---|---|
| In Re: | ) ) | CHAPTER 7 |
| WILLIAM M. ANDERSON, | ) ) | CASE NO. 15-30458 (JAM) |
| Debtor. | ) ) ) | Re: Doc. I.D. No. |

Upon Consideration of Cadle's (hereafter the "Movant") <u>Motion for Rule 2004 Examination</u>, seeking an order authorizing a Bankruptcy Rule 2004 examination of Mark Conti, and the Court having determined there is good cause for granting the requested relief as conditioned hereafter:

IT IS HEREBY ORDERED that the Movant may examine Mark Conti pursuant to Fed. R. Bankr. P. 2004(a) and within the scope of Fed. R. Bankr. P. 2004(b), with attendance, and the production of documentary evidence prior to the examination, by agreement, or compelled in the manner provided in Fed. R. Bankr. P. 9016, *see* Fed. R. Bankr. P. 2004(c).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re: ) | CHAPTER 7 |
| ) | |
| WILLIAM M. ANDERSON, ) | CASE NO. 15-30458 (JAM) |
| ) | |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2016 a copy of the foregoing was filed electronically on the Court's CM/ECF system (the "Pleading"). The Pleading was sent to parties entitled to notice electronically by operation of the Court's CM/ECF system or were sent to the parties unable to receive electronic notice by regular U.S. Mail.

By: /s/ C. Donald Neville
C. Donald Neville

4